United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Joe Andrew Garcia,<br><br>*Plaintiff,*<br><br>v.<br><br>Martin O'Malley,<br>Commissioner of the<br>Social Security Administration,<br><br>*Defendant.* | Case No. 4:23-cv-04541 |

## ORDER GRANTING MOTION TO REVERSE AND REMAND

This is an appeal from the denial of social security disability benefits. The parties consented to the undersigned's resolution of this case. Dkt. 6, 13.

Defendant Martin O'Malley filed an unopposed motion for reversal and remand of the ALJ's decision. Dkt. 12. Defendant asserts that reversal is warranted under the fourth sentence of 42 U.S.C. § 405(g), and requests that the case be remanded for further administrative proceedings. Dkt. 12 at 1. It is therefore **ORDERED** that Defendant's motion for reversal and remand under the fourth sentence of 42 U.S.C. § 405(g) (Dkt. 12) is **GRANTED**.

Signed on May 29, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge